# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSE CANDELAR RIOS, JR., | Case No. 19-CV-0403 (NEB/KMM) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| WARDEN M. RIOS, | |
| Respondent. | |

The Court has received the September 11, 2019 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. [ECF No. 20.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED AS MOOT, and this action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 31, 2019					BY THE COURT:

							s/Nancy E. Brasel
							Nancy E. Brasel
							United States District Judge